ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

2007 JAN 12 A 9:28

AUGUSTA DIVISION

CLERK *BMcCarthy*
SO. DIST. OF GA.

| | |
|---|---|
| LAWRENCE R. SMITH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV 106-141 |
| | ) |
| RONALD STRENGTH, et al., | ) |
| | ) |
| Defendants. | ) |

### ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Plaintiff's *in forma pauperis* status is **REVOKED** (doc. no. 3, 10), this case is **DISMISSED** without prejudice, this civil action shall be **CLOSED**, and Movant Micheal Jacobitz's Motion to Intervene is **DENIED** as **MOOT**. (Doc. no. 9).

SO ORDERED this 12th day of January, 2007, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE